IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

  Plaintiff,

vs.

DOUGLAS BLAND,

  Defendant.

:
:
:
:
:
:

Case No. 3:01-CR-112 (4)

JUDGE WALTER HERBERT RICE

---

UNITED STATES OF AMERICA,

  Plaintiff,

vs.

DOUGLAS BLAND,

  Defendant.

:
:
:
:
:
:

Case No. 3:01-CR-113 (1)

JUDGE WALTER HERBERT RICE

---

ENTRY REFERRING DEFENDANT TO DR. MASSIMO DEMARCHIS, PSY. D., PURSUANT TO 18 U.S.C. §4244; REQUEST OF DR. DEMARCHIS

---

This Court, upon its own motion, refers the Defendant to Dr. Massimo Demarchis, Psy. D., for a mental status evaluation and report, pursuant to 18 U.S.C. §4244, as an aid to this Court's determining the disposition of the Defendant's pending supervised release violation.

It is the request of this Court that Dr. DeMarchis not visit the Defendant, until the expiration of seven days following date of this Entry, in order to allow counsel and the Probation Officer the opportunity to transmit whatever information they deem helpful to Dr. DeMarchis, in order to assist him in his evaluation. The Court would request that Dr. DeMarchis specifically contact Ms. Kristin Keyer, United States Probation Officer, at 937-512-1470, who has worked with Mr. Bland for many years.

Mr. Bland will be at the Montgomery County Jail at the time Dr. DeMarchis selects for his evaluation. It is the request of this Court that the personnel at the Montgomery County Jail accommodate Dr. DeMarchis in his fulfillment of this Court's Order.

May 7, 2012

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Kristin Keyer, United States Probation Officer
U.S. Marshals Service